FILED - GR
April 2, 2014 10:11 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ns / _____ SCANNED BY: VS / 4/3

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

**Melinda Miller**  Case No. 1:14-cv-00132
*Plaintiff*

VS.

**NRA GROUP, LLC**
*Defendant*

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff makes the following disclosures based on the information currently and reasonably available to Plaintiff.

### A. Individuals Likely to Have Discoverable Information Supporting Plaintiff's Claims

Knowledge of the allegations and claimed damages set forth in the Complaint:

1. Melinda Miller
   110 Florence St.
   Woodland, MI 48897
   616-366-8256

### B. Documents Plaintiff May Use to Support His Claim

1. Email correspondence between counsel for NRA and the Plaintiff regarding settlement discussions attempting to resolve issues before litigation.

2. Documents/ and or Interrogatories and admission responses provided by the following entities:

   1. NRA GROUP, LLC

### C. Damages

Plaintiff seeks $16,000 in statutory damages for violations of the Telephone Consumer Protection Act.

Respectfully Submitted,

Melinda Miller
110 Florence St.
Woodland, MI 48897

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** was sent via USPS to the Clerk of the United States District Court Western District of Michigan and the parties listed below.

Date: 4.1.2014

Charity A. Olson
Olson Law Group
2723 S. State St., Ste. 150
Ann Arbor, MI 48104

Respectfully Submitted,

Melinda Miller
110 Florence St.
Woodland, MI 48897
616-366-8256

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT NRA GROUP, LLC** was sent via USPS to the Clerk of the United States District Court Western District of Michigan and the parties listed below.

Date: 4·1·2014

Charity A. Olson
Olson Law Group
2723 S. State St., Ste. 150
Ann Arbor, MI 48104

Respectfully Submitted,

Melinda Miller
110 Florence St.
Woodland, MI 48897
616-366-8256

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **INTERRAGORTORIES FROM PLAINTIFF TO DEFENDANT** was sent via USPS to the Clerk of the United States District Court Western District of Michigan and the parties listed below.

Date: 4.1.2014

Charity A. Olson
Olson Law Group
2723 S. State St., Ste. 150
Ann Arbor, MI 48104

Respectfully Submitted,

Melinda Miller
110 Florence St.
Woodland, MI 48897
616-366-8256

## CERTIFICATE OF SEVICE

I HEREBY CERTIFY that a true and correct copy of **PLAINTIFF'S FIRST SET OF ADMISSIONS TO DEFENDANT NRA GROUP, LLC** was sent via USPS to the Clerk of the Unites States District Court Western District of Michigan and to the parties listed below.

Date: 4.1.2014

Charity A. Olson
OLSON LAW GROUP
2723 S. State St., Ste. 150
Ann Arbor, MI 48104

Respectfully Submitted,

Melinda Miller
110 Florence St.
Woodland, MI 48897