FILED - GR
May 23, 2014 11:02 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_ns/_____ SCANNED BY: NS, 5/23

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF MICHIGAN

Melinda Miller
*Plaintiff*

Case: 1:14-cv-00132

Vs.

NRA Group, LLC
*Defendant*

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY

Pursuant to Federal Rules of Civil Procedure Rule 37, Plaintiff Melinda Miller (hereinafter "Plaintiff"), hereby moves the court for an order compelling Defendant NRA Group, LLC. (hereinafter "Defendant"), to respond to outstanding discovery requests.

## STATEMENT OF FACTS

1. On April 1st, 2014, Plaintiff sent Defendant's Counsel, Discovery Requests: Request for Production of Documents, Interrogatories, and Request for Admissions via USPS Certified Mail.
2. On April 24th, 2014, Plaintiff emailed Counsel for NRA Group, LLC to ask if Discovery was going to be responded to.
3. On May 12th, Plaintiff again sent another email to Counsel for NRA Group, LLC asking if discovery was going to be responded to and advising them that a motion to compel may be entered for failure to respond in the time frame given.
4. On May 13th, Counsel for Defendant stated that discovery answers were already sent.
5. As of the date of the filing of this motion, Plaintiff has not received responses to Interrogatories, or Request for Production of Documents from Defendant.

WHEREFORE, the Plaintiff moves for an Order compelling the Defendant to produce Answers to Interrogatories and the required documents within the next 15 days.

Respectfully Submitted,

*[signature]*

Melinda Miller
110 Florence St.
Woodland, MI 48897
616-366-8256

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Plaintiffs Motion to Compel Defendant to Respond to Discovery has been mailed via USPS to the Clerk of the United States District court, Western District of Michigan and to the Parties listed below.

5/22/14

Charity Olson
Olson Law Group
2723 S. State St. Suite 150
Ann Arbor, MI 48104

Melinda Miller
110 Florence St.
Woodland, MI 48897
616-366-8256