IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Melinda Miller,<br><br>      Plaintiff,<br><br>v.<br><br>NRA Group, LLC<br><br>      Defendant. | Civil Action No.: 1:14-cv-00132<br><br>Mag. Judge Ellen S. Carmody |

**CERTIFICATE OF SERVICE**

I, Charity A. Olson, hereby certify that on May 1, 2014, a copy of Defendant's Objections and Responses to Plaintiff's Interrogatories, Document Requests and Request for Admissions was served on Plaintiff via United States First Class Mail at the address disclosed in the pleadings.

                                                          */s/ Charity A. Olson*
                                                          Charity A. Olson