UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDA MILLER,

       Plaintiff,                     Case No. 1:14-cv-00132-ESC

v.

NRA GROUP LLC,

       Defendant.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Charity Olson

RE:  Response in Opposition – #15 **[Exhibit A, Exhibit B]**

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                     TRACEY CORDES
                                     CLERK OF COURT

Dated:  June 12, 2014        By:  /s/ D. Webb_____
                                    Deputy Clerk