UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDA MILLER,

    Plaintiff,                       Case No. 1:14−cv−00132−ESC

v.                                 Hon. Ellen S. Carmody

NRA GROUP LLC,

    Defendant.
_____/

## **ORDER**

      This matter is before the court on Plaintiff's Motion to Compel Defendant to Respond to Discovery (Dkt. 12) and Plaintiff's Motion to Declare Request for Admissions Admitted (Dkt. 13). Upon review of the motions and defendant's response (Dkt. 15) both motions are DENIED without prejudice.

    IT IS SO ORDERED.

Dated:  June 19, 2014                          /s/ Ellen S. Carmody
                                                       ELLEN S. CARMODY
                                                       U.S. Magistrate Judge