## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

MELINDA MILLER

                Plaintiff,

v.

NRA GROUP, LLC,

                Defendant.

Civil Action No.: 1:14-cv-00132

Magistrate Judge Ellen S. Carmody


**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**

Defendant NRA GROUP, LLC ("NRA"), through its counsel, moves this Honorable Court to grant Summary Judgment against Plaintiff Melinda Miller pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.  As set forth in Defendant's corresponding brief, there is no genuine issue of material fact that Plaintiff provided her phone number to the original creditor and, therefore, consented to receive the calls at issue in this case.

Pursuant to W.D. Mich. 7.1(d), NRA requested but could not obtain concurrence from Plaintiff in the requested relief necessitating the filing of this motion.

WHEREFORE, Defendant, NRA Group, LLC, respectfully requests that this Honorable Court grant this motion, enter judgment in Defendant's favor pursuant to Fed. R. Civ. Proc. 56 and award all other relief that is just and proper under the circumstances, including reimbursement of attorney's fees and costs incurred to date.

Respectfully Submitted,

/s/ Charity A. Olson_____
Charity A. Olson (P68295)
Olson Law Group
Attorneys for Defendant
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
T (734) 222-5179
F (866) 941-8172
colson@olsonlawpc.com

Dated: August 21, 2014