UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDA MILLER,

       Plaintiff,                               Case No. 1:14–cv–00132–ESC

v.                                    Hon. Ellen S. Carmody

NRA GROUP LLC,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):           Motion for Summary Judgment – #18
Date/Time:          January 20, 2015   11:00 AM
Magistrate Judge:   Ellen S. Carmody
Place/Location:     650 Federal Building, Grand Rapids, MI

                                             ELLEN S. CARMODY
                                             U.S. Magistrate Judge

Dated:  August 22, 2014       By:  /s/ Cynthia Black Hosner
                                      Judicial Assistant